**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

LANA BUSIGNANI,

                         Plaintiff,

    -against-

IPSOS-INSIGHT, LLC, *as successor-in-interest to*
IPSOS-ASI, LLC, *a Delaware limited liability*
*company*, et al.,

                       Defendants.

ORDER

20 Civ. 3654 (GBD)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

GEORGE B. DANIELS, District Judge:

The status conference scheduled to occur on January 26, 2021 at 9:45 a.m. is hereby

cancelled. The final pretrial conference scheduled to occur on March 30, 2021 at 9:45 a.m. is

converted to a status conference.

Dated: January 25, 2021
       New York, New York

                                    SO ORDERED.

                                    _George B. Daniel_

                                    GEORGE B. DANIELS
                                    UNITED STATES DISTRICT JUDGE